IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



LATHRAIN DEBROUX,

    Petitioner,

v.                                  Civil Action No. 3:18CV329

RIVERSIDE REGIONAL JAIL,

    Respondent.

**MEMORANDUM OPINION**

Petitioner, Lathrain DeBroux, a Virginia prisoner proceeding pro se and submitted this petition for a writ of habeas corpus. In the United States District Court for the Eastern District of Virginia, a pro se petition for a writ of habeas corpus must be filed on a set of standardized forms. See E.D. Va. Loc. Civ. R. 83.4(A). Accordingly, by Memorandum Order entered on July 2, 2018, the Court mailed DeBroux the standardized form for filing a § 2254 petition. The Court directed DeBroux to complete and return the form to the Court within eleven (11) days of the date of entry thereof. The Court warned DeBroux that the failure to complete and return the form in a timely manner would result in dismissal of the action. See Fed. R. Civ. P. 41(b).

More than eleven (11) days have elapsed since the entry of the July 2, 2018 Memorandum Order and DeBroux has failed to complete and return to the Court the standardized form for

filing a 28 U.S.C. § 2254 petition. Accordingly, the action will be dismissed without prejudice.

A certificate of appealability will therefore be denied.

The Clerk is directed to send a copy of the Memorandum Opinion to DeBroux.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 16, 2018

2